## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**DEBORAH J. FINKBEINER**                                                    **PLAINTIFF**

**VS.**                                   **NO.  4:13CV00337**

**KOHL'S DEPARTMENT**
**STORES, INC., D/B/A KOHL'S**
**DEPARTMENT STORE #696**                                    **DEFENDANT**

### <u>JUDGMENT</u>

Pursuant to Fed. R. Civ. P. 68 and the Offer of Judgment entered on September 9, 2013 and accepted on September 19, 2013:

IT IS CONSIDERED, ORDERED AND ADJUDGED that Plaintiff, Deborah J. Finkbeiner have and recover of and from Kohl's Department Stores, Inc. the sum of seven thousand one hundred dollars ($7,100.00).

Dated this 30th day of September, 2013.

_____
James M. Moody
United States District Judge